## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ZAIZONG XU,

     Petitioner,

v.

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General
of the United States; and DORA CASTRO,
Otero County Processing Center,

     Respondents.

Case No. 1:26-cv-01206-MIS-JHR

## ORDER DENYING PETITION

This matter is before the Court on the Verified Petition for Writ of Habeas ("Petition"), filed by Zaizong Xu on April 17, 2026. ECF No. 1. On April 20, 2026, the Court issued an Order to Show Cause. ECF No. 3. On April 24, 2026, Respondents requested the Court "set aside the existing order enjoining transfer and dismiss Petitioner's petition as moot" because "[f]ollowing the Petitioner's grant of asylum, Respondents plan to release Petitioner from custody." ECF No. 5 at 1. Respondents explained they "are currently unable to release Petitioner and transport him to the halfway house [in El Paso, Texas] due to the existing order enjoining Respondents from moving Petitioner outside of the District of New Mexico." Id. On April 28, 2026, The Court issued an Order setting aside its order enjoining transfer and ordered Respondents to file a notice on the docket once Petitioner had been released with all his seized belongings. ECF No. 6 at 2. On May 1, 2026, Respondents filed a notice stating they had done so. ECF No. 7 at 1. As Petitioner is no longer in custody, his Petition is therefore moot, and the Court will deny it accordingly.

**IT IS HEREBY ORDERED** that Petitioner Zaizong Xu's Verified Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED** as moot.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE