**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ZAIZONG XU,

    Petitioner,

v.

                                    Case No. 1:26-cv-01206-MIS-JHR

MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary of the
U.S. Department of Homeland Security;
TODD BLANCHE, Acting Attorney General
of the United States; and DORA CASTRO,
Otero County Processing Center,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Denying Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE